UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20418-CIV-ALTONAGA/Torres

**RICKY AGUILERA**,

    Plaintiff,

v.

**THE GREENS AND FLOWERS CONNECTION, LLC**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval of [the] Parties' Settlement Agreement [ECF No. 27], filed on April 28, 2021. The Court has carefully reviewed the Motion, the file, and applicable law. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion for Approval of [the] Parties' Settlement Agreement **[ECF No. 27]** is **GRANTED**.

2. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement (*see generally* Mot., Ex. A, Settlement Agreement [ECF No. 27-2]) and to resolve, if necessary, any attorney's fee motion filed by Plaintiff's counsel.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of May, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record