Case 1:21-cv-20418-CMA   Document 29-2   Entered on FLSD Docket 05/21/2021   Page 1 of 5
Ricky Aguilera v. The Greens and Flowers Connection - Case Details - MyCase                    4/27/21, 4:12 PM

# Ricky Aguilera v. The Greens and Flowers Connection

Case details generated 04/27/2021

Date Range: All time

Add Time Entry

**Billable** vs total
**$10,707.50**
28.9 hour(s)

**Invoiced** vs total
**$0.00**
0 hour(s)

Total amount and hours recorded
**$10,707.50**
28.9 hour(s)

Text Size

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|------|----------|----------|-------------|------|-------|--------|------|
| Apr 27, 2021 | Drafting, editing, revising | 0.6 | Draft proposed joint motion for approval | $350.00/hr | $210.00 | Open | Brody Shulman |
| Apr 21, 2021 | Drafting, editing, revising | 0.8 | Draft proposed Settlement Agreement | $350.00/hr | $280.00 | Open | Brody Shulman |
| Apr 21, 2021 | Hearing | 1.5 | Attend Settlement Conference | $350.00/hr | $525.00 | Open | Brody Shulman |
| Apr 21, 2021 | Preparation | 0.8 | Prepare for Settlement Conference | $350.00/hr | $280.00 | Open | Brody Shulman |
| Apr 20, 2021 | Analysis and Review | 0.2 | Analyze strategy for settlement conference and discovery deficiencies | $425.00/hr | $85.00 | Open | Bayardo Aleman |
| Apr 20, 2021 | Preparation | 0.8 | Review timesheets and calculate hours worked each week to compare to totals by defense | $350.00/hr | $280.00 | Open | Brody Shulman |
| Apr 20, 2021 | Analysis and Review | 0.7 | Review discovery responses and documents from Defendants; take notes for potential conferral with defense counsel | $350.00/hr | $245.00 | Open | Brody Shulman |
| Apr 20, 2021 | Communication | 0.7 | Call with client to discuss settlement conference, defense theories, and confirm information | $350.00/hr | $245.00 | Open | Brody Shulman |
| Apr 19, 2021 | Analysis and Review | 0.4 | Analyze strategy for settlement conference and of mediation statement | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Apr 19, 2021 | Drafting, editing, revising | 1.0 | Review file and Draft Confidential Settlement Statement | $350.00/hr | $350.00 | Open | Brody Shulman |
| Apr 16, 2021 | Analysis and Review | 0.2 | Analyze strategy for discovery issues | $425.00/hr | $85.00 | Open | Bayardo Aleman |
| Apr 14, 2021 | Communication | 0.6 | Called client to answer questions and provide update on the case | $350.00/hr | $210.00 | Open | Brody Shulman |
| Mar 31, 2021 | Analysis and Review | 0.4 | Analysis of mediation correspondence and strategy for said mediation | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Mar 22, 2021 | Analysis and Review | 0.3 | Analyze strategy for settlement discussions | $425.00/hr | $127.50 | Open | Bayardo Aleman |
| Mar 22, 2021 | | 0.2 | Review and respond to march 22 | $350.00/hr | $70.00 | Open | Brody |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Analysis and Review | | response on settlement offer | | | | Shulman |
| Mar 19, 2021 | Analysis and Review | 0.2 | Analyze strategy for settlement discussions | $425.00/hr | $85.00 | Open | Bayardo Aleman |
| Mar 19, 2021 | Communication | 0.3 | call with client to discuss def's counteroffer and response | $350.00/hr | $105.00 | Open | Brody Shulman |
| Mar 18, 2021 | Analysis and Review | 0.3 | Analyze strategy for settlement and mediation | $425.00/hr | $127.50 | Open | Bayardo Aleman |
| Mar 18, 2021 | Filing Pleadings | 0.1 | File Notice Setting mediation and order; serve order on Judge | $350.00/hr | $35.00 | Open | Brody Shulman |
| Mar 17, 2021 | Analysis and Review | 0.3 | Analyze effect of arbitration provisions on settlement negotiations | $425.00/hr | $127.50 | Open | Bayardo Aleman |
| Mar 16, 2021 | Analysis and Review | 0.3 | Analyze strategy for settlement discussions | $425.00/hr | $127.50 | Open | Bayardo Aleman |
| Mar 12, 2021 | Analysis and Review | 0.4 | Analysis of initial discovery to defendant and of settlement offer | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Mar 12, 2021 | Analysis and Review | 0.4 | Review photos sent by client re: COVID work | $350.00/hr | $140.00 | Open | Brody Shulman |
| Mar 12, 2021 | Communication | 0.2 | Finalize and serve discovery requests to defendants | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 12, 2021 | Communication | 0.6 | Call with Ricky Aguilera to discuss settlement | $350.00/hr | $210.00 | Open | Brody Shulman |
| Mar 10, 2021 | Analysis and Review | 0.3 | Analyze strategy for settlement conference and scheduling of mediation and of scheduling order and strategy for compliance | $425.00/hr | $127.50 | Open | Bayardo Aleman |
| Mar 10, 2021 | Communication | 0.2 | Review e-mail response from client; send response e-mail back with notes from meeting w/ company's lawyer | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 10, 2021 | Communication | 0.1 | E-mail defense counsel re: mediators | $350.00/hr | $35.00 | Open | Brody Shulman |
| Mar 10, 2021 | Analysis and Review | 0.2 | Review Court's Scheduling Order, mark down important dates | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 9, 2021 | Filing Pleadings | 0.2 | finalize and file joint scheduling report | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 9, 2021 | Drafting, editing, revising | 0.2 | Revise joint scheduling report with dates and send to defense counsel to review before filing | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 9, 2021 | Communication | 0.2 | call with defense counsel re: joint scheduling report | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 8, 2021 | Analysis and Review | 0.2 | Analyze strategy for scheduling of settlement conference | $425.00/hr | $85.00 | Open | Bayardo Aleman |
| Mar 5, 2021 | Analysis and Review | 0.4 | Analysis of corporate disclosure and strategy for FLSA matter compliance and requirements | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Mar 4, 2021 | Analysis and Review | 0.4 | Analysis of response to statement of claim and strategy for rebutting outside sales defense | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Mar 4, 2021 | Communication | 0.2 | e-mail client questions derived from statements within the Response to | $350.00/hr | $70.00 | Open | Brody Shulman |

Ricky Aguilera v. The Greens and Flowers Connection - Case Details - MyCase
Case 1:21-cv-20418-CMA   Document 29-2   Entered on FLSD Docket 05/21/2021   Page 3 of 5
4/27/21, 4:12 PM

| Date | Type | Hours | Description | Rate | Amount | Status | Attorney |
|---|---|---|---|---|---|---|---|
| | | | the Statement of Claim | | | | |
| Mar 4, 2021 | Analysis and Review | 0.2 | Review Response to Statement of Claim; highlight areas to discuss with the client | $350.00/hr | $70.00 | Open | Brody Shulman |
| Mar 4, 2021 | Analysis and Review | 0.1 | Review Defendant's Certificate of Int Persons to guide witness prep and if others may be individually liable | $350.00/hr | $35.00 | Open | Brody Shulman |
| Mar 3, 2021 | Analysis and Review | 0.2 | Analyze strategy for JSR and preliminary submissions | $425.00/hr | $85.00 | Open | Bayardo Aleman |
| Mar 3, 2021 | Communication | 0.6 | Call with client to discuss update and answer questions about non-compete and settlement conference | $350.00/hr | $210.00 | Open | Brody Shulman |
| Mar 1, 2021 | Drafting, editing, revising | 0.3 | Revise discovery requests based on additional information | $350.00/hr | $105.00 | Open | Brody Shulman |
| Mar 1, 2021 | Communication | 0.3 | Review and respond to client's e-mail, send updates | $350.00/hr | $105.00 | Open | Brody Shulman |
| Feb 22, 2021 | Drafting, editing, revising | 1.1 | Draft First Set of Discovery to all Def's | $350.00/hr | $385.00 | Open | Brody Shulman |
| Feb 22, 2021 | Research | 0.6 | Research outside sales exemption cases in the 11th Circuit (Affirmative defense from Answer) | $350.00/hr | $210.00 | Open | Brody Shulman |
| Feb 22, 2021 | Analysis and Review | 0.3 | Review, highlight, and make notes re: Answer | $350.00/hr | $105.00 | Open | Brody Shulman |
| Feb 22, 2021 | Communication | 0.1 | Prepare and send e-mail to defense counsel re: Orders on FLSA matters/JSR/Cert of Int Parties as well as a copy of the Statement of Claim and proposed JSR | $350.00/hr | $35.00 | Open | Brody Shulman |
| Feb 16, 2021 | Communication | 0.1 | Review e-mail from client with attachment (Def wanting to pay final commission check), review e-mail/message from Def to Client, and send back response to client regarding the commission check [total time] | $350.00/hr | $35.00 | Open | Brody Shulman |
| Feb 12, 2021 | Drafting, editing, revising | 0.5 | Review file and Draft proposed joint scheduling report | $350.00/hr | $175.00 | Open | Brody Shulman |
| Feb 11, 2021 | Analysis and Review | 0.4 | Analysis of damages calculations | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Feb 11, 2021 | Drafting, editing, revising | 0.5 | Draft and file Statement of Claim | $350.00/hr | $175.00 | Open | Brody Shulman |
| Feb 10, 2021 | Analysis and Review | 0.4 | Analysis of court FLSA procedures and strategy for compliance | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Feb 10, 2021 | Drafting, editing, revising | 0.6 | Draft affidavit (Luis Gonzalez) for his review and comments | $350.00/hr | $210.00 | Open | Brody Shulman |
| Feb 10, 2021 | Drafting, editing, revising | 0.4 | Draft and file certificate of interested parties | $350.00/hr | $140.00 | Open | Brody Shulman |
| Feb 9, 2021 | Communication | 0.7 | Call with witness - Luis Gonzalez | $350.00/hr | $245.00 | Open | Brody Shulman |
| Feb 5, 2021 | | 0.2 | e-mails with client about witness | $350.00/hr | $70.00 | Open | Brody |

| Date | Type | Hours | Description | Rate | Amount | Status | User |
|---|---|---|---|---|---|---|---|
| | Communication | | | | | | Shulman |
| Feb 4, 2021 | Analysis and Review | 0.4 | Analysis of order requiring scheduling report and strategy for compliance and for discovery | $425.00/hr | $170.00 | Open | Bayardo Aleman |
| Feb 1, 2021 | Analysis and Review | 0.6 | Analysis of judicial assignment and procedures and strategy for litigation and for settlement conference | $425.00/hr | $255.00 | Open | Bayardo Aleman |
| Jan 28, 2021 | Communication | 0.5 | Call with client to discuss next steps (litigation) and answer questions | $350.00/hr | $175.00 | Open | Brody Shulman |
| Jan 27, 2021 | Analysis and Review | 0.5 | Analyze strategy for complaint, service of process, and research re: opposing counsel | $425.00/hr | $212.50 | Open | Bayardo Aleman |
| Jan 27, 2021 | Communication | 0.3 | Call with owner, then defense counsel re: pre-suit letter [total time] | $350.00/hr | $105.00 | Open | Brody Shulman |
| Jan 26, 2021 | Analysis and Review | 0.3 | Analyze strategy for presuit discussions | $425.00/hr | $127.50 | Open | Bayardo Aleman |
| Jan 21, 2021 | Drafting, editing, revising | 1.0 | Draft Complaints and Summonses | $350.00/hr | $350.00 | Open | Brody Shulman |
| Jan 20, 2021 | Drafting, editing, revising | 0.8 | Revise demand letter and strategy for Complaint | $425.00/hr | $340.00 | Open | Bayardo Aleman |
| Jan 19, 2021 | Drafting, editing, revising | 1.0 | Review notes, draft pre-suit letter to company | $350.00/hr | $350.00 | Open | Brody Shulman |
| Jan 13, 2021 | Communication | 1.0 | Call with Ricky Aguilera to vet out claims | $350.00/hr | $350.00 | Open | Brody Shulman |

# Ricky Aguilera v. The Greens and Flowers Connection

Case details generated 05/21/2021

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | STATUS | USER |
|------|----------|----------|------|-------------|-------|--------|------|
| Feb 11, 2021 | Service of Process | 1.0 | $40.00 | OJF Services, Inc., Invoice #OJF-2021001587, Cost to serve Jonathan Valladares | $40.00 | Open | Nicole Guedes |
| Feb 2, 2021 | Service of Process | 1.0 | $40.00 | OJF Services, Inc., Invoice #OJF-2021001586, Cost to serve The Greens and Flowers Connection, LLC | $40.00 | Open | Nicole Guedes |
| Feb 2, 2021 | Service of Process | 1.0 | $40.00 | OJF Services, Inc., Invoice #OJF-2021001585, Cost to serve Jonathan Nunez | $40.00 | Open | Nicole Guedes |
| Feb 1, 2021 | Filing fee | 1.0 | $402.00 | Pay.gov, Tracking Id: AFLSDC-14317263, Cost to file complaint in federal court | $402.00 | Open | Nicole Guedes |